IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LEROY BOTELLO, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                         No. 5:19-cv-1348-HJB

**MISSION CYCLESPORTS, L.P., and**                                    **DEFENDANTS**
**FREDERICK WILLIAM BOSSHARDT, II**

## JOINT STATUS REPORT

Plaintiff Leroy Botello ("Plaintiff"), individually and on behalf of all others similarly situated, through undersigned counsel, and Defendants Mission Cyclesports, L.P. and Frederick William Bosshardt, II, (collectively "Defendants"), by and through their undersigned counsel, for their Joint Status Report hereby state as follows:

1.      On February 14, 2023, the Parties filed a Joint Notice of Settlement informing the Court that they had reached a settlement in principle that would resolve all claims. ECF No. 46.

2.      On February 14, 2023, this Court ordered that the Bench Trial be cancelled and that parties should file dismissal papers or a status update on or before April 17, 2023.

3.      Plaintiff's counsel has drafted a settlement agreement document and Defendants are in the process of reviewing it.

4.      The Parties believe that they will have a finalized settlement agreement within the next week.

5.      The Parties anticipate filing their dismissal papers or another status report by May 8, 2023.

Respectfully submitted,

**LEROY BOTELLO, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 One Financial Centre, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

And     **MISSION CYCLESPORTS, L.P., and FREDERICK WILLIAM BOSSHARDT, II, DEFENDANTS**

LAW OFFICE OF GLENN D. LEVY
906 Basse Rd.
San Antonio, Texas 78209
Telephone: (210) 273-6070
glenn.levy@glennlevylaw.com

By:     */s/ Glenn D. Levy*
Glenn D. Levy
Tex. Bar No. 12264925
glenn.levy@glennlevylaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing JOINT STATUS REPORT was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Glenn D. Levy, Esq.
Law Office of Glenn D. Levy
906 Basse Rd.
San Antonio, Texas 78209
Telephone: (210) 273-6070
glenn.levy@glennlevylaw.com


/s/ Colby Qualls
**Colby Qualls**