UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LEROY BOTELLO, SONYA DAVILA, INEZ LOPEZ, FRANCHESCA CERNA, RUBEN R. HERNANDEZ, and WILLIAM DEAN, <br><br> Plaintiffs, <br><br> v. <br><br> MISSION CYCLESPORTS, L.P. and FREDERICK WILLIAM BOSSHARDT, II, <br><br> Defendants. | § § § § § § § § § § § § § § § | SA-19-CV-1348-HJB |

**ORDER**

Before the Court is the parties' Joint Status Report (Docket Entry 50), wherein the parties "anticipate filing their dismissal papers or another settlement status report by May 8, 2023." Accordingly, it is hereby **ORDERED** that the deadline for the parties to file their dismissal papers with the Court, or provide a status update, is extended to **on or before May 8, 2023**.

**SIGNED** on April 18, 2023.

Henry J. Bemporad
United States Magistrate Judge