IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LEROY BOTELLO, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 5:19-cv-1348-HJB

**MISSION CYCLESPORTS, L.P., and**     **DEFENDANTS**
**FREDERICK WILLIAM BOSSHARDT, II**

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants hereby jointly stipulate to and move for a dismissal of all claims and causes of action asserted in the above-captioned action by or against any party in this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs, expenses, and attorneys' fees. As the Parties' settlement contemplates payments not yet tendered, the Parties request that the Court retain jurisdiction for the limited purpose of enforcing the terms of their agreement, if necessary.

Respectfully submitted,

**LEROY BOTELLO, Individually and
on Behalf of All Others Similarly
Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 One Financial Centre, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Page 1 of 2
*Leroy Botello, et al. v. Mission CycleSports, L.P. et al.*
U.S.D.C. (W.D. Tex.) No. 5:19-cv-1348-HJB
Joint Stipulation of Dismissal with Prejudice

        */s/ Colby Qualls*
        Colby Qualls
        Ark. Bar No. 2019246
        colby@sanfordlawfirm.com

        */s/ Josh Sanford*
        Josh Sanford
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

**And**   **MISSION CYCLESPORTS, L.P., and FREDERICK WILLIAM BOSSHARDT, II, DEFENDANTS**

        LAW OFFICE OF GLENN D. LEVY
        906 Basse Rd.
        San Antonio, Texas 78209
        Telephone: (210) 273-6070
        glenn.levy@glennlevylaw.com

**By:**   */s/ Glenn D. Levy*
        Glenn D. Levy
        Tex. Bar No. 12264925
        glenn.levy@glennlevylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Glenn D. Levy, Esq.
Law Office of Glenn D. Levy
906 Basse Rd.
San Antonio, Texas 78209
Telephone: (210) 273-6070
glenn.levy@glennlevylaw.com


        */s/ Josh Sanford*
        **Josh Sanford**

Page 2 of 2
*Leroy Botello, et al. v. Mission CycleSports, L.P. et al.*
U.S.D.C. (W.D. Tex.) No. 5:19-cv-1348-HJB
Joint Stipulation of Dismissal with Prejudice